**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| JESSICA SHARP, *et al.*, | : | |
| *Plaintiffs,* | : | Case No. 1:26-cv-448 |
| v. | : | Judge Jeffery P. Hopkins |
| CITY OF WILMINGTON, OHIO, *et al.*, | : | |
| *Defendants.* | : | |

---

## ORDER

---

Pending before the Court is the Motion to Intervene (Doc. 13) filed by Proposed Intervenor Amazon Data Services, Inc. ("Amazon"). There are two types of court-sanctioned intervention by a potential party into an existing lawsuit: intervention as of right under Fed. R. Civ. P. 24(a)(2) and permissive intervention under Fed. R. Civ. P. 24(b)(1)(B). Amazon argues intervention is appropriate under both. Docs. 13, 21. Plaintiffs oppose intervention. Doc. 20. The Wilmington Defendants support intervention. Doc. 19. Having reviewed all pertinent filings, the Court finds that Amazon is entitled to intervene as of right under Fed. R. Civ. P. 24(a)(2). *See Wineries of the Old Mission Peninsula Ass'n v. Twp. of Peninsula*, 41 F. 4th 767 (6th Cir. 2022). Accordingly, Amazon's Motion to Intervene (Doc. 13) is **GRANTED**.

Amazon is **ORDERED** to comply with the deadlines set forth in this Court's Order Setting Hearing (Doc. 11). No extensions will be permitted. Amazon is further **ORDERED** to file its responsive pleading under Fed. R. Civ. P. 24(c) (attached as an exhibit to its Reply (Doc. 21-1)), along with any response to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 5), no later than Thursday, June 11, 2026. *See generally*

*Providence Baptist Church v. Hillandale Comm., Ltd.*, 425 F.3d 309, 314–15 (6th Cir. 2005) (favoring permissive, rather than "exacting," application of Rule 24(c)'s pleading requirement). Plaintiffs may file a reply in support of their injunctive relief motion by Monday, June 15, 2026. This case remains set for a hearing on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 5) on June 16, 2026, at 10:00 a.m. in Courtroom 7, Room 117.

**IT IS SO ORDERED.**

June 9, 2026

Jeffery P. Hopkins
United States District Judge

2