**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JESSICA SHARP, *et al.*, | : |
| *Plaintiffs*, | : Case No. 1:26-cv-448 |
| v. | : Judge Jeffery P. Hopkins |
| CITY OF WILMINGTON, OHIO, *et al.*, | : |
| *Defendants*, | : |
| and | : |
| AMAZON DATA SERVICES, INC., | : |
| *Intervenor-Defendant*. | : |

**EXHIBIT AND WITNESS LIST**

| PRESIDING JUDGE<br>Jeffery P. Hopkins | | | | | PLAINTIFFS' ATTORNEY(S)<br>John Paul Burleigh<br>Sean Suder | | DEFENDANTS' ATTORNEY(S)<br>Dawn Frick<br>Christopher Herman<br>Bradley Dick<br><br>INTERVENOR'S ATTORNEY(S)<br>Benjamin Glassman<br>Daniel Hay<br>Mark Hopson |
| HEARING DATE(S)<br>July 7, 2026 to July 9, 2026 | | | | | COURT REPORTER<br>Linda Mullen, Official | | COURTROOM DEPUTY<br>Karli Colyer<br>LAW CLERK<br>Zoe Curry |
| PLF.<br>NO. | DEF.<br>NO. | JOINT<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | | DESCRIPTION OF EXHIBITS AND<br>WITNESSES |
| W1 | | | 7/7/2026 | | | | Michael Crowe, Acting Zoning Administrator, City of Wilmington, Ohio |
| W2 | | | 7/7/2026 | | | | Samantha Ison, Deputy Service Director, Former Clerk of Planning Commission, City of Wilmington, Ohio, continued 7/8/26 |
| W3 | | | 7/8/2026 | | | | Annen Vance, Clerk of Planning Commission, Former Clerk of Council, City of Wilmington, Ohio |
| W4 | | | 7/8/2026 | | | | Anita Stanley, Law Office Administrator, Former Administrative Assistant to the Service Director, City of Wilmington, Ohio |
| W5 | | | 7/8/2026 | | | | Todd Kinskey, Expert Witness, Planning and Zoning |

| | | | | | | |
|---|---|---|---|---|---|---|
| W6 | | | 7/8/2026 | | | Todd Barstow, Plaintiff |
| W7 | | | 7/8/2026 | | | Jessica Cooper, Manager and Owner, Plaintiff Napt Time, LLC |
| W8 | | | 7/8/2026 | | | Jessica Sharp, Plaintiff, continued 7/9/26 |
| | DW-1 | | 7/9/2026 | | | Joshua Roth, Economic Development Director, Clinton County Port Authority |
| | IW-1 | | 7/9/2026 | | | Brandie Schaeffer, Principal, Amazon |
| | | | **Exhibits** | | | |
| | | JX-1 | | X | X | Ordinance No. O-24-70 |
| | | JX-2 | | X | X | Ordinance No. O-25-36 |
| | | JX-3 | | X | X | Ordinance No. O-25-48 |
| | | JX-4 | | X | X | CCRPC Staff Report 12/3/24 – Ordinance No. O-24-70 |
| | | JX-5 | | X | X | 12/3/24 Planning Commission Minutes |
| | | JX-6 | | X | X | 12/19/24 City Council Public Workshop Minutes |
| | | JX-7 | | X | X | 12/19/24 City Council Minutes |
| | | JX-8 | | X | X | 1/02/25 City Council Minutes |
| | | JX-9 | | X | X | 1/16/25 City Council Minutes |
| | | JX-10 | | X | X | CCRPC Staff Report 6/3/25 – Ordinance No. O-25-36 |
| | | JX-11 | | X | X | 6/3/25 Planning Commission Minutes |
| | | JX-12 | | X | X | 6/5/25 City Council Public Workshop Minutes |
| | | JX-13 | | X | X | 6/5/25 City Council Minutes |

| | | JX-14 | | X | X | CCRPC Staff Report 7/1/25 – Ordinance No. O-25-48 |
|---|---|---|---|---|---|---|
| | | JX-15 | | X | X | 7/1/25 Planning Commission Minutes |
| | | JX-16 | | X | X | 7/3/25 City Council Minutes |
| | | JX-17 | | X | X | Rezoning Notice of Public Hearing Letters to Property Owners – 7-3-25 |
| | | JX-18 | | X | X | Rezoning Notice of Hearing Publication – 7-5-25 |
| | | JX-19 | | X | X | 7/17/25 City Council Minutes |
| | | JX-20 | | X | X | 8/7/25 City Council Minutes |
| | | JX-21 | | X | X | Amazon's Site Plan Review Application |
| | | JX-22 | | X | X | Amazon's Site Plan Submission |
| | | JX-23 | | X | X | Amazon's Site Plan Resubmission |
| | | JX-24 | | X | X | Project Apollo Rough Grading Plan – Second Submission |
| | | JX-25 | | X | X | CMH165 Photometric Full Site Plan |
| | | JX-26 | | X | X | CMH-165 Illustrative 20260508 |
| | | JX-27 | | X | X | CMH165 - Environmental Noise Assessment |
| | | JX-28 | | X | X | REV 4 OHA250016.00_Project Apollo Storm Report |
| | | JX-29 | | X | X | AWS Open House One Pager |
| | | JX-30 | | X | X | E3 Study |
| | | JX-31 | | X | X | Kinskey Report |
| | | JX-32 | | X | X | Interrogatory Responses – Jessica Sharp |

| | | | | | |
|---|---|---|---|---|---|
| | | JX-33 | | X | X | Interrogatory Responses – Logan Sharp |
| | | JX-34 | | X | X | Interrogatory Responses – Todd Barstow |
| | | JX-35 | | X | X | Interrogatory Responses – Christine Barstow |
| | | JX-36 | | X | X | Interrogatory Responses – Jeffrey Borders |
| | | JX-37 | | X | X | Interrogatory Responses – Terri Borders |
| | | JX-38 | | X | X | Interrogatory Responses – Chriselda Shanks |
| | | JX-39 | | X | X | Interrogatory Responses – Michael Shanks |
| | | JX-40 | | X | X | Interrogatory Responses – Robert Caudill |
| | | JX-41 | | X | X | Interrogatory Responses – Mary Caudill |
| | | JX-42 | | X | X | Interrogatory Responses – Terri Woodburn |
| | | JX-43 | | X | X | Interrogatory Responses – Napt Time LLC |
| | | JX-44 | | X | X | Interrogatory Responses – Lindsay Crisp |
| | | JX-45 | | X | X | Interrogatory Responses – Samara Crisp |
| | | JX-46 | | X | X | Interrogatory Responses – Linda Roll |
| | | JX-47 | | X | X | City of Wilmington Comprehensive Plan |
| | | JX-48 | | X | X | Clinton County 2040 Plan |
| | | JX-49 | | X | X | 193 Southwind Boulevard Deed |
| | | JX-50 | | X | X | 479 Hannah Ct. Deed |
| | | JX-51 | | X | X | 1499 Ireland Road Deed |

| | | | | | |
|---|---|---|---|---|---|
| | | JX-52 | | X | X | 564 Red Maple Lane Deed |
| | | JX-53 | | X | X | 454 Red Maple Lane Deed |
| | | JX-54 | | X | X | 1181 Willow Bend Drive Deed |
| | | JX-55 | | X | X | 550 Red Maple Lane Deed |
| | | JX-56 | | X | X | 466 Red Maple Lane Deed |
| | | JX-57 | | X | X | 432 Red Maple Lane Deed |
| | | JX-58 | | X | X | 442 Red Maple Lane Deed |
| | | JX-59 | | X | X | 1190 Willow Bend Drive Deed |
| | | JX-60 | | X | X | 2025 Tax Card for 193 Southwind Boulevard |
| | | JX-61 | | X | X | 2025 Tax Card for 564 Red Maple Lane |
| | | JX-62 | | X | X | 2025 Tax Card for 454 Red Maple Lane |
| | | JX-63 | | X | X | 2025 Tax Card for 1181 Willow Bend Drive |
| | | JX-64 | | X | X | 2025 Tax Card for 550 Red Maple Lane |
| | | JX-65 | | X | X | 2025 Tax Card for 466 Red Maple Lane |
| | | JX-66 | | X | X | 2025 Tax Card for 432 Red Maple Lane |
| | | JX-67 | | X | X | 2025 Tax Card for 442 Red Maple Lane |
| | | JX-68 | | X | X | 2025 Tax Card for 1190 Willow Bend Drive |
| | | JX-69 | | X | X | Affidavit of Ronald Fithen and attached NDAs |
| | | JX-70 | | X | X | Wilmington Zoning Code – Titles 5, 7, 9, 11, & 13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | JX-71 | | X | X | Napt Time LLC 2024 Tax Bills |
| | | JX-72 | | X | X | Site Visit Pictures 5.5.2026 |
| | | JX-73 | | X | X | Wilmington Zoning Map |
| | | JX-74 | | X | X | Wilmington Code of Ord. § 1135.05 |
| | | JX-75 | | X | X | Wilmington Code of Ord. § 1135.09 |
| | | JX-76 | | X | X | Wilmington Code of Ord. § 1153.02 |
| | | JX-77 | | X | X | Wilmington Code of Ord. § 1153.03 |
| | | JX-78 | | X | X | Public Notice – Regular Public Workshop Meetings |
| | | JX-79 | | X | X | Public Notice – Regular Council Meetings |
| | | JX-80 | | X | X | Petition for Annexation of Cosler Farm – 04-09-25 |
| | | JX-81 | | X | X | Application for Rezoning of Cosler Farm – 06-16-25 |
| | | JX-82 | | X | X | CMH-165 Comment Response Letter – 03-02-26 |
| | | JX-83 | | X | X | Visual Impact Study |
| | | JX-84 | | X | X | 10/2/25 City Council Minutes |
| PX-1 | | | | X | X | Email from A. Vance to J. Cooper |
| | IX-1 | | | X | X | Napt Time Business Details |